NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MESTDAGH, WALL & HAMILTON, P.A.,　)
　)
　　　　Appellant,　)
　)
v.　)　Case No.　2D20-1151
　)
JUAN PINEYRO and CAROLE FEIGER,　)
as trustee of the Carole Feiger Trust　)
dated October 5, 1990, as amended,　)
　)
　　　　Appellees.　)
_____)

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Sarasota
County; Hunter W. Carroll, Judge.

Steven Wall of Mestdagh, Wall & Hamilton,
P.A., Winter Park, for Appellant.

Johnny A. Pineyro of Florida Injury Law
Firm, Orlando, for Appellee Juan Pineyro.

No appearance for Appellee Carole Feiger.

PER CURIAM.

　　　　Affirmed.

VILLANTI, LUCAS, and SMITH, JJ., Concur.